# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>NATALIE ELIZABETH HEATON,<br>ISAIAH JENKINS,<br><br>   Defendants. | CASE NO.:  22-CR-2023-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for September 30, 2022, at 1:30 p.m. be continued to November 2, 2022, at 1:30 p.m.  Defendants shall file acknowledgements of the new hearing date within one week of this order.

The Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7)(A) because counsel for defendants need time to review discovery and the government's offer with them.

**IT IS SO ORDERED**.

Dated:  September 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge