1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                  SOUTHERN DISTRICT OF CALIFORNIA

7

8   UNITED STATES OF AMERICA,          CASE NO.:   22-CR-2023-JLS

9              Plaintiff,
                                        ORDER GRANTING JOINT MOTION
10      v.                              TO CONTINUE MOTION
                                        HEARING/TRIAL SETTING
11

12  NATALIE ELIZABETH HEATON,

13  ISAIAH JENKINS,

14              Defendants.

15

16          Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion

17  Hearing/Trial Setting set for December 2, 2022, at 1:30 p.m. be continued to

18  January 27, 2023, at 1:30 p.m.  Defendants shall file acknowledgements of the new

19  hearing date within one week of this order.

20          For the reasons set forth in the joint motion, the Court further finds that time

21  should continue to be deemed excludable under the Speedy Trial Act pursuant 18

22  U.S.C. Section 3161(h)(7) as failure to continue would stop further proceedings or

23  result in miscarriage of justice in the interim.

24          **IT IS SO ORDERED**.

25  Dated:  November 29, 2022

26                                           Hon. Janis L. Sammartino
                                             United States District Judge
27

28